## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONEKA SHIELDS | ) |
| Plaintiff, | ) JURY TRIAL DEMANDED |
| | ) |
| v. | ) Case No. |
| | ) |
| TRANS UNION, LLC, EQUIFAX | ) |
| INFORMATION SERVICES, LLC and | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| Defendants. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## INTRODUCTION

COMES NOW the Plaintiff Moneka Shields ("Shields" or "Plaintiff"), an individual consumer, by Counsel, and for her Complaint against Defendants, Trans Union, LLC, Equifax Information Services, LLC and Experian Information Solutions, Inc., (collectively referred to as "CRAs"). Plaintiff alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual, statutory, and punitive damages, costs, and attorneys' fees brought pursuant to the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §§ 1681-1681x et seq.

1

2.  Inaccuracies and errors plague consumer reporting. Estimates of serious errors range from 3 to 25%. The most recent and definitive FTC study on errors and credit reports found that 21% of consumers had verified errors in their credit reports, 13% had errors that had affected their credit scores, and 5% had errors serious enough to be denied or pay more for credit. *See* FTC Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003 (2012).

3.  This means that 10 million Americans face serious errors in their credit reports that could result in them being denied or paying more for credit.

4.  To give consumers the opportunity to verify the accuracy of data maintained by CRAs, the FCRA requires CRAs to disclose certain information to the consumer upon request. *See* 15 U.S.C. § 1681g; *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2213 (2021) ("As the plaintiff's note, the disclosure and summary-of-rights requirements are designed to protect consumers interest in learning of any inaccuracies in their credit files so that they can promptly correct the files before they are disseminated to third parties.")

## JURISDICTION AND VENUE

5.  Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331.

2

6.  Venue in this District is proper in that the Defendant regularly conducts business in the State of Oklahoma.

### III.   PARTIES

7.  Plaintiff John Shields is a natural person residing in Oklahoma, OK.

8.  Plaintiff John Shields is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

9.  Upon information and belief, Trans Union, LLC is an Illinois corporation duly authorized and qualified to do business in the State of Oklahoma.

10. Trans Union is a "consumer reporting agency," as defined in 15 U.S.C. § 1681a(f) and it disburses consumer reports to third parties for monetary compensation.

11. Upon information and belief, Experian Information Solutions, Inc., is an Ohio corporation duly authorized and qualified to do business in the State of Oklahoma.

12. Experian Information Solutions, Inc., is a "consumer reporting agency," as defined in 15 U.S.C. § 1681a(f) and it disburses consumer reports to third parties for monetary compensation.

13. Upon information and belief, Equifax Information Services, LLC is a Georgia corporation duly authorized and qualified to do business in the State of Oklahoma.

3

14. Equifax is a "consumer reporting agency," as defined in 15 U.S.C. § 1681a(f), and it disburses consumer reports to third parties for monetary compensation.

## IV.    FACTS OF THE COMPLAINT

15. In the month of April 2025, Shields obtained copies of her consumer credit disclosures from Equifax Information Services, LLC, Trans Union, LLC and Experian Information Solutions, Inc., through www.annualcreditreport.com.

### Equifax

16. On or about April 25, 2025 Equifax was also required under 15 U.S.C. § 1681g(a) to clearly and accurately disclose to Shields all the information in her file, subject to the same limited exception regarding truncation of the Social Security number.

17. Equifax's disclosure omitted critical information contained within her credit file, thereby failing to meet this requirement.

18. The omitted data included inaccurate information, re-aged data, and incomplete account details.

19. The Accounts with known inaccuracies or incomplete data included: (2) Communication FCU, (15) Dept of Education/Nelnet, JPMCB Auto, (2) US Dept of Ed/Glelsi among others.

20. These errors and omissions were numerous and included, but were not limited to, the following: Incomplete Account Numbers, Incomplete Credit Limits, Terms Durations, Frequency, Activity Designator, Date of Last Payment, Actual Payment Amount, Scheduled Payment Amount, Date of Last Activity, Date Maj Del 1st Reported, Change Off Amount, Deferred Pay Start Date, Balloon Pay Amount, Balloon Pay Date, Status etc.,

21. The following trade-line inaccurate, incomplete, errors and omissions were included but were not limited to:

22. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 0103 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is

5

incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

23. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9703 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete,

Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

24. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9903 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon

Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

25. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 0003 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

26. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9603 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

27. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 0203 is incomplete, In the Summary sections: Available Credit is incomplete, In

the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

28. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 0403 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is

incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment Amount is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

29. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9003 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details

section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

30. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9303 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete

because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

31. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9403 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual

Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

32. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9803 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is

incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

33. In the Installment Accounts: DEPT OF ED xxxxxxxxxx 9503 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete,

Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

34. In the Installment Accounts: DEPT OF ED xxxxxxxxxxx 0303 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon

16

Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

35. In the Installment Accounts: DEPT OF ED xxxxxxxxxxx 9103 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

36. In the Installment Accounts: DEPT OF ED xxxxxxxxxxx 9203 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is incomplete.

37. In the Installment Accounts: COMMUNICATIONS FCU xxxxxx 6151 is incomplete, In the Summary sections: Account Status is inaccurate because

18

it doesn't match with the payment history, Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Activity is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

38. In the Installment Accounts: COMMUNICATIONS FCU xxxxxx 6150 is incomplete, In the Summary sections: Account Status is inaccurate because it doesn't match with the payment history, Available Credit is incomplete, In the Account History Section: Actual Payment is incomplete, Credit Limit

is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Date of Last Activity is incomplete, Delinquency First Reported is incomplete, Creditor Classification is inaccurate because it is unknown, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Charge Off Amount is incomplete, Balloon Payment Amount is incomplete, Balloon Payment Date is incomplete, Date Closed is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

39. In the Installment Accounts: JPMCB AUTO FINANCE xxxxxxxxxx 3207 is incomplete, In the Summary sections: Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in High Credit is

Incomplete, Credit Limit is Incomplete, Terms Frequency is inaccurate because it is unknown, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Date of Last Activity is incomplete, Scheduled Payment is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Activity Designator is incomplete, Deferred Payment Start Date is incomplete, Creditor Classification is inaccurate because it is unknown, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date Closed is incomplete, Date of First Delinquency is inaccurate because it doesn't match with the payment history.

40. In the Installment Accounts: NELNET LOAN SERVICING xxxxxxxxxxxx 9581 is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information as in Credit Limit is Incomplete, Terms Frequency is inaccurate because it

21

is unknown, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Delinquency First Reported is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Creditor Classification is inaccurate because it is unknown, Charge Off Amount is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is incomplete.

41. In the Installment Accounts: NELNET LOAN SERVICING xxxxxxxxxxxx 8581 is incomplete, In the Summary sections: Reported Balance is inaccurate because the data you have doesn't match with your records, Available Credit is incomplete, In the Account History Section: The Balance is incomplete, Scheduled Payment is incomplete, Actual Payment is incomplete, Credit Limit is incomplete, Amount Past Due is incomplete, In the Payment History section the Payment History chart is incomplete, In the Account Details section has incomplete and inaccurate information

as in Credit Limit is Incomplete, Terms Frequency is inaccurate because it is unknown, Term Duration is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Date Reported is incomplete because it doesn't match with the payment history, Amount Past Due is incomplete, Actual Payment Amount is incomplete because you have the date of last payment but the amount in actual payment is blank, Scheduled Payment is incomplete, Delinquency First Reported is incomplete, Months Reviewed is inaccurate because the data you have doesn't match with your records, Creditor Classification is inaccurate because it is unknown, Charge Off Amount is incomplete, Deferred Payment Start Date is incomplete, Balloon Payment Date is incomplete, Balloon Payment Amount is incomplete, Date of First Delinquency is incomplete.

## Trans Union

42. Similarly, on or about April 25, 2025 TransUnion was required under 15 U.S.C. § 1681g(a) to provide a complete, clear, and accurate disclosure of all information in Shields's file, with the same limited exception regarding Social Security number truncation.

43. TransUnion's disclosure failed to include key information from Shields's credit file.

44. The inaccuracies included erroneous data, incomplete payment histories, and missing source information.

45. The affected Accounts included: (2) Communication FCU, (15) Dept of Education/Nelnet, JPMCB Auto among others.

46. The following trade-line inaccurate, incomplete, errors and omissions were included but were not limited to:

47. COMMUNICATION FCU 577379**** is incomplete, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, Estimated month and year this item will be removed is incomplete because the full date is not given, in the Payment History section the data is incomplete.

48. COMMUNICATION FCU 577379**** is incomplete, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, Estimated month and year this item will be removed is incomplete because the full date is not given.

49. JPMCB AUTO FINANCE 1200491846**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Date

updated is incomplete because it doesn't match with the payment history, Pay status is incomplete because the data you have does not match with your records, Estimated month and year this item will be removed is incomplete because the full date is not given, in the Payment History section the data is incomplete.

50. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

51. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

52. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the

date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

53. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

54. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

55. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High

Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

56. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

57. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

58. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

59. DEPT OF ED / NELNET 90000082139**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

60. DEPT OF ED / NELNET 90000082140**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

61. DEPT OF ED / NELNET 90000082140**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

62. DEPT OF ED / NELNET 90000082140**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last

28

Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

63. DEPT OF ED / NELNET 90000082140**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

64. DEPT OF ED / NELNET 90000082140**** is incomplete, Date opened is incomplete because it doesn't match with the payment history, Last Payment Made and Payment Received is inaccurate because you have the date in last payment made but the amount is $0 in payment received, High Balance (Hist.) is inaccurate because the data you have does not match with your records, in the Payment History section the data is incomplete.

## Experian

65. Similarly, on or about April 24, 2025 Experian was required under 15 U.S.C. § 1681g(a) to provide a complete, clear, and accurate disclosure of

all information in Shields's file, with the same limited exception regarding Social Security number truncation.

66. On or about April 08, 2025 Shields requested her file from Experian in writing.

67. Experian's disclosure failed to include key information from Shields's credit file.

68. The inaccuracies included erroneous data, incomplete payment histories, and missing source information.

69. The affected Accounts included: (2) Communication FCU, (15) Dept of Education/Nelnet, JPMCB Auto, (2) US Dept of Ed/Glelsi among others.

70. The following trade-line inaccurate, incomplete, errors and omissions were included but were not limited to:

71. COMMUNICATION FCU 577379XXXX is incomplete, In the Account Details section has incomplete information as in Recent Payment is incomplete.

72. COMMUNICATION FCU 577379XXXX is incomplete, In the Account Details section has incomplete information as in Recent Payment is incomplete.

73. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as

in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

74. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

75. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

76. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

77. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

78. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have

doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

79. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

80. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

81. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete,

Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

82. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

83. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

84. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment

34

history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

85. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

86. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

87. DEPT OF EDUCATION/NELNET 900000XXXXXXXXX is incomplete, In the Account Details section has incomplete and inaccurate information as

in Date opened is incomplete because it doesn't match with payment history, Recent Payment is incomplete, Highest Balance is incomplete, Monthly Payment and Terms are inaccurate because the data you have doesn't match with your records, In the Payment History section the Payment History chart is incomplete.

88. JPMCB AUTO 120049XXXXXXXX is incomplete, In the Account Details section has incomplete information as in Date opened is incomplete because it doesn't match with payment history, Monthly Payment is incomplete, Highest Balance is incomplete, On Record Until is incomplete because the full date is not given, In the Payment History section the Payment History chart is incomplete.

89. US DEPT OF ED/GLELSI 206825XXXXXXXXXX is incomplete, In the Account Details section has incomplete information as in Date opened is incomplete because it doesn't match with payment history, Balance is incomplete, Balance Updated is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Highest Balance is incomplete, Terms is incomplete, On Record Until is incomplete because the full date is not given, In the Payment History section the Payment History chart is incomplete.

90. US DEPT OF ED/GLELSI 306825XXXXXXXXXX is incomplete, In the Account Details section has incomplete information as in Date opened is incomplete because it doesn't match with payment history, Balance is incomplete, Balance Updated is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Highest Balance is incomplete, Terms is incomplete, On Record Until is incomplete because the full date is not given, In the Payment History section the Payment History chart is incomplete.

91. Under 15 U.S.C. § 1681g(a), upon receipt of Shields's request, all Defendants were legally obligated to provide Shields with a complete and accurate disclosure of all information in her credit files at the time of her request.

92. Defendants provided an electronic copy of Shields's Consumer Disclosure via www.annualcreditreport.com

93. Rather than comply with the FCRA, each Defendant knowingly and intentionally failed to disclose all of the information in Shields's credit file. These omissions appear to have been driven by a desire to reduce operating costs and increase profitability.

94. Accordingly, Equifax's, Trans Union's and Experian's violations of the FCRA were willful.

95. Shields is entitled to receive a complete, accurate, and transparent disclosure of her credit file from each CRA upon demand, at least once a year and without charge, and that disclosure must be presented clearly and accurately. *See* 15 U.S.C. § 1681j.

96. By failing to meet this requirement, Defendants deprived Shields of a right expressly granted by federal law.

97. These violations were willful, not negligent, and were carried out through systemic procedures that prioritized internal efficiency over the accuracy and completeness of consumer disclosures. Defendants' practices suggest an institutional disregard for their statutory obligations under the FCRA. Shields relied on the information the report to be accurate and complete therefore to prevent dissemination of a misleading report. Which left Shields confused, distressed all Defendants made it hard to correct her credit profile. Shields suffers from Emotional distress from the incomplete and inaccurate reporting by Anxiety, Depression, Fear, Numbness, Difficulty Regulating Emotions and Self-Hatred. Shields has lost money with the postal stamp from Defendants not providing a complete and accurate profiles.

## CAUSES OF ACTION

98. This suit is based upon the Defendants' violations of the Fair Credit Reporting Act.

99. All causes of action were the producing causes of damages, which Shields suffered.

## FIRST CLAIM FOR RELIEF
### 15 U.S.C. § 1681g

100.   Plaintiff incorporates by reference each of the allegations set forth in the preceding paragraphs.

101.   Defendants violated the FCRA.

102.   Defendants' violations include, but are not limited to, the following:

Defendants violated 15 U.S.C. § 1681g by failing to clearly and accurately disclose all of the information in Plaintiff's consumer file at the time of the request.

103.   Trans Union, Experian and Equifax's conduct in violating the FCRA was willful, rendering them liable to Plaintiff for actual damages, statutory damages, punitive damages, costs, and attorney's fees in an amount to be determined pursuant to 15 U.S.C. § 1681n.

104.   In the alternative, they were negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff John Shields respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants

Trans Union, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, for the following:

a.  Judgment that Defendants violated the FCRA;

b.  Actual or Statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

c.  Punitive and/or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

d.  Attorney's Fees, Costs, and Expenses incurred in this action pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

e.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

s/ Nkem A. House
Nkem A. House, OBA #21219
House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, OK 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
ATTORNEY FOR PLAINTIFF